UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:

MERCEDES PUELLO,

    Plaintiff,

vs.

SPEEDWAY LLC, a foreign limited
liability company d/b/a SPEEDWAY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, SPEEDWAY LLC, files this Notice of Removal to remove the foregoing cause to the United States District Court for the Southern District of Florida, Miami Division, and respectfully shows this Court the following:

### I. STATEMENT OF THE GROUNDS FOR REMOVAL

**This Notice** of Removal is based on diversity jurisdiction pursuant to 28 U.S.C. § 1332 *et seq*.

### II. BASIS FOR DIVERSITY JURISDICTION

1. Plaintiff, Mercedes Puello ("Plaintiff"), commenced this State Court civil action in the 11th Judicial Circuit Court in Miami Dade County, Florida, styled MERCEDES PUELLO v. SPEEDWAY LLC, a foreign limited liability company d/b/a SPEEDWAY, 2020-006227 CA 01 (the "Action").

2. Plaintiff filed her Complaint on March 16, 2020 and SPEEDWAY LLC was served with same on or about April 28, 2020. Attached to this Notice as part of **Exhibit "1"** is a copy of the Complaint.

3. SPEEDWAY LLC is the sole defendant in the State Court action.

4. Attached to this Notice as part of **Exhibit "2"** are all true and legible copy of all process, pleadings, orders and other papers or exhibits of every kind on file in the State Court.

5. This action arises out of an alleged slip and fall incident in which SPEEDWAY LLC is alleged to have negligently maintained the premises because of an alleged hazardous condition at a Speedway convenience store located in Miami Dade County, Florida. In short, Plaintiff alleges that on October 7, 2018 she sustained serious and permanent injuries when she slipped and fell on liquid on the Speedway convenience store floor.

6. Defendant SPEEDWAY LLC seeks removal to the Southern District of Florida, Miami Division, the District in which the action is now pending.

7. The herein action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by SPEEDWAY LLC pursuant to 20 U.S.C. §1441 and §1446, in that:

    A. It is an action between citizens of different states;

    B. It is an action in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

8. SPEEDWAY LLC and Plaintiff are citizens of different states for purposes of establishing this Court's subject matter jurisdiction under 28 U.S.C. § 1332.

9. Plaintiff is a citizen of Florida and Defendant, SPEEDWAY LLC, has its principal place of business in Enon, Ohio, and is registered as a limited liability company in the State of

Delaware. SPEEDWAY LLC has its sole member, MPC Investment LLC. MPC Investment LLC is a Delaware limited liability company, with its principal place of business in Ohio. MPC Investment LLC has its sole member, Marathon Petroleum Corporation. Marathon Petroleum Corporation is a Delaware corporation with its principal place of business in Ohio. SPEEDWAY LLC is therefore a citizen of the State of Delaware and Ohio.

10. The amount in controversy in this action, exclusive of interest and costs, exceeds the jurisdictional amount of $75,000.00, as set forth in 28 U.S.C. § 1332.

11. The Complaint states only that "[t]his is a cause of action for damages in excess of $30,000.00." The damages available to Plaintiff, if she prevails, are not limited in any fashion, however. Plaintiff alleges that as a result of the alleged negligence, she suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. It is alleged that the alleged losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

12. Accordingly, on December 21, 2020, SPEEDWAY LLC served Plaintiff with Updated Jurisdiction Request for Admissions (the "Admissions"), for purposes of establishing that the amount in controversy in this action exceeds the jurisdictional threshold of $75,000.00. A copy of the Admissions is attached hereto as **Exhibit "3"**. *See*

13. On March 8, 2021, Plaintiff responded to the Admissions. In her Response, Plaintiff clearly and unequivocally admitted that she is seeking damages in excess of $75,000.00, exclusive of attorney's fees, costs and interest. A copy of Plaintiff's Response to the Admissions is attached to this Notice **Exhibit "4".**

14. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3). Specifically, the case stated by the Complaint was not facially removable. As such, this Notice of Removal is being filed within thirty (30) days of SPEEDWAY LLC's receipt of Plaintiff's Responses to the jurisdiction discovery served December 21, 2020, from which SPEEDWAY LLC could first ascertain that the amount in controversy in this action exceeds $75,000.00. This Notice of Removal is also filed within one (1) year of commencement of the action.

15. There is complete diversity of citizenship between the actual and real parties, the requirements of 28 U.S.C. § 1441(b) have been met since SPEEDWAY LLC is not a citizen of Florida, the State in which this action was brought, whereas Plaintiff is a citizen of Florida, and the amount in controversy exceeds $75,000.00. Thus, this Court has removal jurisdiction on the face of the Complaint based upon diversity of citizenship.

16. No previous application has been made for the relief requested herein.

17. Following the filing of this Notice with this Court, a true and accurate copy of the same will be served upon counsel and filed with the Clerk of the Court of the 11th Judicial Circuit Court In and For Miami Dade County, Florida as required by law.

### III. CONCLUSION

The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Complete diversity exists because Plaintiff whom is a citizen of Florida and SPEEDWAY LLC who is a citizen of a foreign jurisdiction. Accordingly, SPEEDWAY LLC respectfully requests that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1332, *et seq.,* and 28 U.S.C. § 1441, *et seq.*

Dated: March 15, 2021
Fort Lauderdale, FL

Respectfully submitted,

LITCHFIELD CAVO LLP

By: */s/ Michael K. McCaffrey*
  Michael K. McCaffrey, Esquire
  Florida Bar No. 0069940
  Ashley E. Ginsburg, Esquire
  Florida Bar No. 127552
  Litchfield Cavo LLP
  600 Corporate Drive Suite 600
  Ft. Lauderdale, FL 33334
  954/689-3009 -  Direct
  954/689-3001 – Fax
  McCaffrey@litchfieldcavo.com
  Azzarelli@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on March 15, 2021, the foregoing was electronically filed with the Clerk of the Court by using the Florida Courts e-Filing Portal to:  All Counsel of Record on attached Service List.

By: */s/ Michael K. McCaffrey*
  Michael K. McCaffrey, Esquire
  Florida Bar No. 0069940

**SERVICE LIST**

Tavis Souder, Esq.
The Schwed Law Firm
Attorneys for Plaintiff
7111 Fairview Drive, Suite 105
Palm Beach Gardens, Florida 33418
(561) 694-6079 Telephone
(561) 694-6089 Facsimile

5

tsouder@schwedlawfirm.com
eservice@schwedlawfirm.com

6