IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MERCEDES PUELLO,

  Plaintiff,
vs.            Case No:

SPEEDWAY LLC, a foreign limited
liability company d/b/a SPEEDWAY,

  Defendant.
_____/

## COMPLAINT

Plaintiff, MERCEDES PUELLO, sues Defendant, SPEEDWAY LLC, a foreign limited liability company d/b/a SPEEDWAY (hereinafter "SPEEDWAY"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Miami-Dade County, Florida.

4. On or about October 7, 2018, Defendant, SPEEDWAY, was in possession and control of the premises at 1508 79th Street Causeway in North Bay Village, Miami-Dade County, Florida.

5. At that time and place, Plaintiff, MERCEDES PUELLO, was a business invitee lawfully on the premises described above.

6. At that time and place, Plaintiff, MERCEDES PUELLO, was injured when she slipped and fell on liquid on the gas station floor.

7. Defendant, SPEEDWAY, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, SPEEDWAY, negligently:

   a) Failed to exercise due care to maintain the premises in a safe condition;

   b) Failed to inspect and maintain the gas station floor in a clean and safe condition;

   c) Allowed liquid to accumulate and remain on the gas station floor for an unreasonable length of time, thereby creating a slip hazard and dangerous condition;

   d) Allowed a slip hazard and dangerous condition to remain on the premises for an unreasonable length of time;

   e) Failed to adequately inspect the premises;

   f) Allowed an unsafe condition to exist on the premises;

   g) Failed to make the premises safe for invitees; and

   h) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, SPEEDWAY, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, SPEEDWAY, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, SPEEDWAY, Plaintiff, MERCEDES PUELLO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, MERCEDES PUELLO, demands judgment for damages against Defendant, SPEEDWAY.

Plaintiff demands trial by jury on all issues so triable.

Respectfully, submitted this 16th day of March 2020.

By: s/ Tavis Souder
**TAVIS SOUDER**
Attorney Email: tsouder@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 37859
Attorneys for Plaintiff
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089